# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

|  |  |
|---|---|
| **In Re:** ) | |
| ) | |
| **POTOMAC SUPPLY CORPORATION,** ) | Case No. 12-_____ |
| ) | |
| **Debtor.** ) | Chapter 11 |
| ) | |

## LIST OF EQUITY SECURITY HOLDERS

| REGISTERED NAME OF HOLDER OF SECURITY, LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | PERCENTAGE HELD | KIND OF INTEREST REGISTERED |
|---|---|---|---|---|
| William T. Carden, Sr.<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 2,489 | 22.16% | Stock |
| Herbert W. Carden, Sr.<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 2,785 | 24.80% | Stock |
| William T. Carden, Jr.<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 649 | 5.77% | Stock |
| John R. C. Carden<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 649 | 5.77% | Stock |

| REGISTERED NAME OF HOLDER OF SECURITY, LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | PERCENTAGE HELD | KIND OF INTEREST REGISTERED |
|---|---|---|---|---|
| Catherine Stacey Carden<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 260 | 2.31% | Stock |
| H. Wade Carden, Jr.<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 260 | 2.31% | Stock |
| Carden Family Trust<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 2,240 | 19.95% | Stock |
| Herbert W. Carden Family Trust<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 1,640 | 14.60% | Stock |
| William T. Carden, Jr., as Trustee<br>1398 Kinsale Road<br>Kinsale, Virginia 22488 | | 258 | 2.30% | Stock |