# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| **POTOMAC SUPPLY CORPORATION,** ) | Case No. 12-_____ |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address, including zip code*[1] | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff*[2] | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Osmose Wood Preserving Co. | Paul Goydan<br>P.O. Drawer O<br>1016 Everee Inn Road<br>Griffin, GA  30224<br>(770) 233-4200 | Trade debt | | $924,078.16 |
| Flippo Lumber Corporation | Carter Flippo<br>P.O. Box 38<br>Doswell, VA  23047<br>(804) 876-3311 | Trade debt | | $549,829.50 |
| Potomac Xpress, LLC | Rebecca Price<br>1398 Kinsale Road<br>Kinsale, VA  22488<br>(804) 472-2527 X3060 | Trade debt | | $542,326.70 |
| Marquette Transportation | Paul Swanson<br>Finance, Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485<br>(952) 703-7498 | Trade debt | | $437,380.84 |

---

[1]    All creditor address required in column (1) are as set forth in column (2).

[2]    Debtor reserves the right to challenge all claims as contingent, unliquidated, disputed or subject to setoff

  2   continuation sheets attached

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| Creditor | Contact | Nature | | Amount |
|---|---|---|---|---|
| West Fraser | Roger Peterson<br>#501 858 Beatty Street<br>Vancouver BC V6B 1C1 CA<br>(250) 992-0851 | Trade debt | | $428,041.12 |
| Arbortech Forest Products, Inc. | John Talley, Tim Stephenson<br>500 Dearing Avenue<br>Blackstone, VA  23824<br>(434) 298-0940 | Trade debt | | $341,978.82 |
| Weyerhaeuser – Contract Loads | Brian Burrage<br>P.O. Box 640160<br>Pittsburgh, PA  15264<br>(704) 688-2215 | Trade debt | | $189,435.15 |
| Potomac Bioenergy Solutions, LLC | Kurt Woerpel<br>1398 Kinsale Road<br>Kinsale, VA  22488<br>(804) 472-2527 | Trade debt | | $180,000.00 |
| Elliot Sawmilling Company, Inc. | Richard Elliott<br>Hwy. 321 South<br>P.O. Box 638<br>Estill, SC  29918<br>(803) 625-4482 | Trade debt | | $171,503.89 |
| True North Sales LLC | Daryl Trierweiler<br>P.O. Box 68126<br>Grand Rapids, MI  49516<br>(616) 828-4121 | Trade debt | | $156,071.20 |
| Chips, Inc. | Clark Diehl<br>26 Zion Park Road<br>Troy, VA  22974<br>(434) 589-2424 | Trade debt | | $144,835.67 |
| Gypsum Express, Ltd. | Kevin Brennan<br>P.O. Box 268<br>Baldwinsville, NY  13027<br>(800) 621-7901 X150 | Trade debt | | $135,911.13 |
| Primary Packaging, Inc. | John Hiltner<br>P.O. Box 75705<br>Cleveland, OH  44101-4755<br>(800) 774-2247 X2230 | Trade debt | | $123,399.60 |
| Chester Wood Products, LLC | Rich Stipanovic<br>P.O. Box 1110<br>Chester, SC  29706<br>(803) 581-7164 X208 | Trade debt | | $117,045.82 |
| Viance, LLC | Barb Aldinger<br>200 East Woodland Road<br>Suite 350<br>Charlotte, NC  28260-1649<br>(800) 421-8661 | Trade debt | | $70,350.81 |
| Alvarez & Marsal, LLC | Bill Runge<br>3399 Peachtree Road, NE<br>Suite 1900<br>Atlanta, GA  30326<br>(404) 260-4040 | Trade debt | | $69,203.58 |

Sheet no. 1 of _2_ continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Ball Lumber Company, Inc. | John Ball<br>P.O. Box 10<br>Highway 360<br>Millers Tavern, VA  23115<br>(804) 443-5555 | Trade debt | | $68,541.00 |
| Carter Machinery Company, Inc. | Marshall Farmer<br>P.O. Box 751053<br>Charlotte, NC  28275-1053<br>(800) 768-5300 | Trade debt | | $66,900.26 |
| Motion Industries, Inc. | Heather Willieford<br>9203 Burge Avenue<br>Richmond, VA  23237<br>(804) 743-8000 | Trade debt | | $64,059.01 |
| Amandus Kahl GmbH & Co. KG | Martin C. Johnson, President<br>380 Winkler Drive<br>Suite 400<br>Alpharetta, GA  30004-0736<br>(770) 521-1021 | Trade debt | | $59,282.68 |

Sheet no. 2 of  2   continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims